1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   JOHN F. DOMINGUE, CA STATE BAR NO. 193570
2  STEPHANIE B. WERSEL, CA STATE BAR NO. 253759
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388
   frank.ubhaus@berliner.com
6  stephanie.wersel@berliner.com

**FILED**

APR 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7  ATTORNEYS FOR PLAINTIFF MCCARTHY GILROY, LLC,
   A CALIFORNIA LIMITED LIABILITY COMPANY
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| McCARTHY GILROY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C 08-05411 RMW<br><br>STIPULATION AND ORDER TO CONTINUE EARLY SETTLEMENT CONFERENCE<br><br>Hearing Date: June 19, 2009<br>Hearing Time: 9:30 a.m.<br>Mag. Judge: Hon. Howard R. Lloyd<br>Courtroom: 2 |
|---|---|

This stipulation is entered into between all parties, by and through their attorneys of record, with reference to the following facts:

1. The Early Settlement Conference is presently scheduled for May 8, 2009 at 9:30 a.m. in Courtroom 2 ("Conference");

2. The parties each have outstanding document requests propounded to the other, the responses to which are not due until after the presently-scheduled Conference; and

3. The parties desire to exchange documents (pursuant to the outstanding discovery requests) before the Conference, and are available on June 19, 2009 (a date the Court had available for an Early Settlement Conference).

-1-

Based upon the foregoing, the parties stipulate to a continuance of the Early Settlement Conference to June 19, 2009 at 9:30 a.m., Courtroom 2.

DATED: APRIL 20, 2009    BERLINER COHEN

BY: _____/s/_____
JOHN F. DOMINGUE
ATTORNEYS FOR PLAINTIFF MCCARTHY GILROY, LLC

DATED: APRIL 20, 2009    WILLENKEN, WILSON, LOH & LIEB, LLP

BY: _____/s/_____
EILEEN M. AHERN
ATTORNEYS FOR DEFENDANTS STARBUCKS CORPORATION

IT IS HEREBY ORDERED that the Early Settlement Conference is continued to June 19, 2009 at 9:30 a.m. in Courtroom 2 (with Early Settlement Statements and Confidential Settlement Letters to be submitted on or before June 12, 2009).

Dated: April 21, 2009

Magistrate JUDGE OF THE UNITED STATES DISTRICT COURT