| | |
|---|---|
| 1 | JASON H. WILSON (State Bar No. 140269) |
| 2 | EILEEN M. AHERN (State Bar No. 216822) |
|   | WILLENKEN WILSON LOH & LIEB LLP |
| 3 | 707 Wilshire Boulevard, Suite 3850 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 955-8030 |
| 5 | Facsimile: (213) 955-9250 |
| 6 | E-mail: jwilson@willenken.com |
|   |        eahern@willenken.com |

*E-FILED - 10/14/09*

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| McCARTHY GILROY, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. C08 05411 RMW<br><br>Assigned to:<br>The Honorable Ronald M. Whyte<br><br>**STIPULATION AND [XXXXXXXXX] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES FOR SIXTY DAYS SINCE THE CASE IS NOT YET AT ISSUE** |

1     Pursuant to Local Rule 6-2, plaintiff McCarthy Gilroy, LLC and defendant Starbucks Corporation (collectively, the "Parties") submit the following stipulation and proposed order:

    WHEREAS this Court has not yet ruled on Starbucks Corporation's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), and thus this case is not yet at issue; because the case is not yet at issue, the Parties are not sure of the extent of permissible discovery without knowing whether all causes of action remain for summary judgment and trial;

    WHEREAS the Parties currently are engaging in settlement discussions;

    WHEREAS the Parties agree, to allow time for the case to come to issue and for settlement discussions to progress, to a 60-day continuance of the trial date and all related dates, except that the pre-trial conference date shall be extended only 53 days;

    WHEREAS no previous time modifications have been made in this case;

    IT IS HEREBY STIPULATED by and between the Parties, by and through their respective attorneys of record, as follows:

1. The trial date in this matter shall be continued from February 22, 2010 to xxxxxxxxxxxxx April 19, 2010

2. The pretrial conference in this matter shall be continued from February 4, 2010 to xxxxxxxxxxxxxx April 1, 2010

3. The Joint Pretrial Statement deadline shall be continued from January 20, 2010 to xxxxxxxxxxxxx March 26, 2010

4. The Hearing on Dispositive Motions shall be continued from December 4, 2009 to xxxxxxxxxxxxxxxxxxxxxxxxxxxx February 5, 2010 at 9:00 a.m.

5. The discovery cutoff shall be continued from October 19, 2009 to December 18, 2009;

6. The expert discovery cutoff shall be continued from November 20, 2009 to January 19, 2010;

7. The deadline for disclosure of experts shall be continued from October 19, 2009 to December 18, 2009; and,

8. This Court's Discovery limitations shall remain in effect, except that no additional interrogatories or requests for admissions shall be propounded absent an order from this Court or stipulation of the Parties.

Dated: October 5, 2009                BERLINER COHEN

*s/John F. Domingue*
John F. Domingue
Attorneys for Plaintiff
McCarthy Gilroy, LLC

Dated: October 5, 2009                WILLENKEN WILSON LOH & LIEB, LLP

*s/Eileen M. Ahern*
Eileen M. Ahern
Attorneys for Defendant
Starbucks Corporation

**IT IS SO ORDERED.**

Dated: 10/14/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge